E-FILED
Friday, 16 March, 2007  04:07:30 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **ELONA VELCHECK,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL** ) | Case No. 06-2040 |
| **SECURITY,**[1] ) | |
| Defendant. ) | |

# ORDER

In August 2005, Administrative Law Judge E. James Gildea (hereinafter "ALJ") denied Plaintiff Elona Velchek's application for social security disability insurance benefits (hereinafter "DIB"). The ALJ found that Plaintiff was not disabled within the meaning of the Social Security Act based on Plaintiff's capacity to perform past relevant work as of her date last insured. The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

In February 2006, Plaintiff filed a Complaint To Review Decision of Social Security (#4) seeking judicial review of the final decision by the Regional Commissioner of Social Security Administration (hereinafter "SSA") denying DIB. In August 2006, Plaintiff filed a Motion for Summary Judgment (#12). In November 2006, Defendant filed a Motion *for* An Order Which Affirms the Commissioner's Decision (#16). After reviewing the administrative record and the parties' memoranda, this Court granted Plaintiff's Motion for Summary Judgment (#12). Consistent with that order, the Court now orders that **DENIES** Defendant's Motion for an Order Which Affirms the Secretary's Decision (**#16**).

ENTER this 16th day of March, 2007.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE

---

[1] Pursuant to FED. R. APP. P. 43(c), we have substituted Michael J. Astrue for Jo Anne B. Barnhart as the named defendant-appellee.