# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED JUDGMENT IN A CIVIL CASE

**ELONA VELCHECK,**
       **Plaintiff,**

    vs.                              Case Number:   **06-2040**

**MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,**
       **Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff and against defendant. This case is remanded for an award of benefits pursuant to Sentence 4 of 42 USC Section 405(g).

    **IT IS FURTHER ORDERED AND ADJUDGED** that the judgment of March 16, 2007 is VACATED. The court enters judgment in favor of the defendant and against the plaintiff.

ENTER this 12th day of October, 2007.

s/ John M. Waters
JOHN M. WATERS, CLERK

s/S. Johnson
BY:  DEPUTY CLERK